UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE: 05-20389-CIV-MARTINEZ

# DUE TO POOR QUALITY
(i.e. hand written, legal size, light/dark print, ect.)

# OF ORIGINAL

# DOCKET ENTRY: 1

# NOT SCANNED

# PLEASE REFER TO COURT FILE